IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL HISAW                                          PLAINTIFF

v.                  No. 3:16-cv-254-DPM

POINSETT COUNTY; SUSIE COX, Nurse,
Poinsett County; LARRY MILLS, Sheriff,
Poinsett County; and DOE, Mike, Jail
Administrator                                      DEFENDANTS

## ORDER

Unopposed recommendation, № 5, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Hisaw's complaint will be dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 November 2016