IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL HISAW                                                                          PLAINTIFF

v.                                  No. 3:16-cv-254-DPM

POINSETT COUNTY; SUSIE COX, Nurse,
Poinsett County; LARRY MILLS, Sheriff,
Poinsett County; and DOE, Mike, Jail
Administrator                                                                          DEFENDANTS

JUDGMENT

Hisaw's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

 29 November 2016